

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2021

No. 04-21-00288-CV

**IN THE INTEREST OF C. G., ET AL.**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00062
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due July 22, 2021, but was not filed. On July 26, 2021, court reporter Elva Chapa filed a notification of late record, requesting an extension until August 6, 2021 to file the record, and we granted that request. As of the date of this order, the reporter's record has not been filed. We therefore **ORDER** Ms. Chapa to file the reporter's record **by August 20, 2021**. TEX. R. APP. P. 35.3(c).

We advise Ms. Chapa that in appeals from orders terminating the appellant's parental rights, we may not grant extensions of time to file the appellate record that exceed 30 days *cumulatively*. TEX. R. APP. P. 28.4(b). Accordingly, **no further extensions of time will be granted**. *See id.* If the record is not filed by August 20, 2021, an order will be issued directing Elva Chapa to appear and show cause why she should not be held in contempt for failing to file the record.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court